UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JON ROGERS,** *et al.***,**

    **Plaintiffs,**

v.                          Civil Action 2:22-cv-3231
                               Judge Michael H. Watson
                               Magistrate Judge Chelsey M. Vascura

**RESTORE CONTRACTING, INC.,** *et al.***,**

    **Defendants.**

## REPORT AND RECOMMENDATION

Plaintiffs filed their Complaint against, among others, Defendant Kevin Jarvis on August 25, 2022 (ECF No. 1). After 90 days passed without Plaintiffs filing evidence of service of process over Kevin Jarvis as required by Federal Rule of Civil Procedure 4(m), the Court ordered Plaintiffs December 5, 2022, to show cause within fourteen days why the Court should not dismiss their claims against Kevin Jarvis without prejudice for failure to effect service, and why the Court should allow an extension of time to effect service. (Show Cause Order, ECF No. 10.)

To date, Plaintiffs have not responded to the Show Cause Order or effected service on the Defendant in question. It is therefore **RECOMMENDED** that Plaintiffs' claims against Defendant Kevin Jarvis be dismissed without prejudice pursuant to Rule 4(m) for failure to timely effect service of process.

## PROCEDURE ON OBJECTIONS

If any party objects to this Report and Recommendation, that party may, within fourteen (14) days of the date of this Report, file and serve on all parties written objections to those

specific proposed findings or recommendations to which objection is made, together with supporting authority for the objection(s).  A Judge of this Court shall make a *de novo* determination of those portions of the Report or specified proposed findings or recommendations to which objection is made.  Upon proper objections, a Judge of this Court may accept, reject, or modify, in whole or in part, the findings or recommendations made herein, may receive further evidence or may recommit this matter to the Magistrate Judge with instructions.  28 U.S.C. § 636(b)(1).

    The parties are specifically advised that failure to object to the Report and Recommendation will result in a waiver of the right to have the District Judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation.  *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

                                              /s/ *Chelsey M. Vascura*
                                              CHELSEY M. VASCURA
                                              UNITED STATES MAGISTRATE JUDGE