UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jon Rogers,

    Plaintiff,

    v.

Restore Contracting, Inc., *et al*,
    Defendants.

Case No. 2:22-cv-3231

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

The Magistrate Judge recommends dismissing without prejudice Plaintiff's claims against Kevin Jarvis due to Plaintiff's failure to timely perfect service upon Defendant Jarvis.  R&R, ECF No. 11.  Plaintiff failed to object to the Report and Recommendation, and the Court **ADOPTS** the same.  Plaintiff's claims against Kevin Jarvis are **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT